Mark Eugene Engle

RECEIVED IN
The Court of Appeals
Sixth District

MAR 1 6 2015

Texarkana, Texas
Debra Autrey, Clerk

V

State of Texas

6th Court of Appeals
Texarkana
Texas

## Motion For Reconsideration With Exhibits

FILED IN
The Court of Appeals
Sixth District

MAR 1 6 2015

Texarkana, Texas
Debra K. Autrey, Clerk

To The Honorable Justice of Said Court

Now Comes Appellant, Mark Eugene Engle, and moves this court to consider attached argument and exhibits in support of Motion For Reconsideration of Motion to Abate for Out-of-Time Motion for New Trial to have a full Frank's Hearing. (TRAP 10.3 (b))

In Support hereof would show the following;

## I.

The exhibits in this motion will show the informalities in the record. The allegations in the Motion to Abate will also show a lack of documents provided by the District Clerk. A timely notice was given to the Clerk to provide these documents for consideration by the Appellant. Record is incorrect as to Court of Trial and Judge of Case. (TRAP 10.5 (a))

(1)

## II

The Appellant believes he has an issue of actual innocence and if this Honorable Court would Reconsider his Motion to Abate along with the attached arguement and attached Exhibits there will be only one outcome - ~~Appeal~~ Aquittal.

Wherefore Premises Considered for the reasons stated herein, and in the interest of justice, the Appellant respectfully prays that the Honorable 6th Court of Appeals will Reconsider all allegations of violation stated in Appellants Motion to Abate.

Respectfully Submitted,

Mark Eugene Engle

Pro Se

(2)

Case No. 06-14-00239-CR

Mark Evgene Engle                    6th Court of Appeals
Appellate                                      Texarkana
                                                        Texas

## Order on Motion For Reconsideration

On this day of _____ 2015 said
said motion came to be heard and is hereby;

_____ Granted


_____ Denied


                        _____
                              Presiding Judge

(3)

## Certificate of Service

I hereby certify that a true copy of the foregoing motion for reconsideration was sent to the 6th Court of Appeals Clerk, Debra Autrey by United States Postal Service on March 10th 2015. From The Connally Unit, 899 FM 632, Kenedy, Tx 78119.

Mark Eugene Engle
ProSe,

(4)

# Table of Contents

| | | Page |
|---|---|---|
| Identity of Parties | | 2 |
| Index of Authorities | | 3 |
| Argument in Support of Exhibits | | 4,5 |
| Argument with Authorities | | 5-10 |
| Unsworn Declaration | | 10,11 |
| Prayer | | 12 |
| Exhibit A | Arrest Warrant | 13 |
| Exhibit B | Original Complaint | 15 |
| Exhibit C | Search Warrant | 18 |
| Exhibit D | Affidavit for Search Warrant | 20 |
| Exhibit E | Subsequent Complaint | 26 |
| Exhibit F | Motions for Examining Trial | 29 |
| Exhibit G | Order from Examining Trial (1) of (2) | 36 |
| Exhibit H | Affidavits to Support Improper Procedure | 38 |

## Identity of Parties

Appellant : Mark Eugene Engle

Honorable : Judge Beacom

# Index of Authorities

Page

5    Light v State 15 S.W.3d 104, 105 (Tex Crim App 2000)

5    Davis v State 817 S.W 2d 345, 346 (Tex Crim App 1991)

6    Green v State 872 S.W.2d 717, 721 (Tex Crim App 1994)

6    Texas Code of Criminal Procedure Article 16.17

7    Parker v State 745 S.W.2d 934, 937 (Tex App Houston 1988)

8    State v Powell 306 S.W.3d 761 (Tex Crim App 2010)

8    Rios v State 901 S.W.2d 704, 706 (Tex App San Antonio 1995)

8    State v Verde 432 S.W.3d 475, 483-84 (Tex App Texarkana 2014)

9    Groh v Ramirez 540 U.S. 551 (2004)

(3)

## Argument in Support of Exhibits

Exhibit A is the arrest warrant which shows the exact time of arrest at 3:55 pm. No consent to search and nothing on view. Officer removed a safe from the passenger side rear seat.

Exhibit B is the original complaint and probable cause for the issue of the arrest warrant. The specific offense was Sexual Assault.

Exhibit C is the Search Warrant that has no offense, no person or place to be searched, no person or particular things to be seized.

Exhibit D is the Affidavit for Search Warrant that has false statements as DPS can not substantiate this allegation, No affidavit from Jane Doe at all, DNA analysis all came back negative, and page 5 shows the affidavit was sealed during the execution of warrant.

Exhibit E is the Subsequent Complaint/ Probable Cause after they broke into the safe before the got the Search Warrant top right corner Warrantless.

(4)

Exhibit F is the Motions for Examining Trial pursuant to Article 16.01 where there was a finding of _No Probable Cause in both cases by Operation of Law_ pursuant to Article 16.17 TCCP. Hearing had under a Writ #. Appellant was not released as the Operation of Law was ~~no~~ Overlooked.

Exhibit G is (1) of (2) Orders from Examining Trial made and entered very late when the Appellant complained to the court. Still the judge ruled _No Probable Cause for the Specific Offense Sexual Assault_. The only cure being a subsequent indictment.

Exhibit H is Affidavits the Trial Attorney never submitted to the Trial Court to support a dismissal.

## Argument With Authorities

Appellant is asking this Honorable Court to consider these Exhibits in Consideration of the Trial Courts informalities of the Clerks Record. Light v. State 15 S.W.3d 104, 105 (Tex.Crim. App. 2000). "The court of appeals are required to review every argument raised by a party that is neccessary to the disposition of that appeal." See also Trap 41.1(a); Davis v State, 817 S.W.2d 345, 346 (Tex.Crim.App. 1991)

(5)

An Examining Trial was had to examine the probable cause into the matter of the arrest and detention of the Appellant. Texas Code of Criminal Procedure Article 16.01 as stated in Motions for Examining Trial. Green v. State, 872 S.W.2d 717, 721 (Tex.Crim.App. 1994) "[A]n examining trial ... serves as an adversarial proceeding designed to inquire into the probable cause of the State to justify detention of an accused pending formal prosecution, and state law permits the examining magistrate to appoint counsel for the indigent accused. [A]n examining trial in large measure affords an accused the opportunity to discover the State's case against him. Given it's adversarial character, and the potential it presents for the preparation of a trial defense, an examining trial is arguably a critical stage for purposes of Sixth Amendment analysis." Two issues where considered at the hearing. The controlling case of the specific offense of Sexaul Assault was found No Probable Cause and the current illegal conviction was found Probable Cause. Contrary to the finding Texas Code of Criminal Procedure Article 16.17 says; "After the examining trial has been had, the judge shall make an order committing the

(6)

defendant to the jail of the proper county, discharging him or admitting him to bail, as the law and facts of the case may require. Failure of the judge to make or enter an order within 48 hours after the examining trial has been completed operates as a finding of No Probable Cause and the accused shall be discharged." On this issue there was a clear case of abuse of discretion as the Appellant was not discharged. When the Appellant complained (2) months later the judge made and entered the Orders. Due Process Violation. Parker v. State 745 S.W. 2d 934, 937 (Tex. App - Houston [1st Dist. 1988, pet. ref'd) "No one, under any circumstances, should be deprived of any right given him by the laws of this state, and, if any provision of our [CCP] has been overlooked or disregarded, if, in the remotest degree, it could have been hurtful or harmful to the person on trial, the verdict should be set aside. He has a right to be tried in accordance with the rules and form of law, and if this sort of trial is not accorded him he has a right to complain, and to this complaint we will always give an attentive ear."

The No Probable Cause finding in the specific offense of Sexual Assault should of effectively dismissed everything pertaining to the specific offense of Sexual Assault. The only cure would be a subsequent indictment for that specific offense. As the drug case was a product of the specific offense of Sexual Assault the doctrine of Collateral Estoppel should of applied. The drugs were found (or so they claim) as a result of a search warrant for the specific offense of Sexual Assault. State v Powell 306 S.W. 3d 761 (Tex.Crim.App. 2010) "Fourth Amendment's particularity requirement is primarily meant to prevent general searches and the seizure of one thing under a warrant that describes another thing to be seized." Rios v. State, 901 S.W.2d. 704, 706 (Tex.App. San Antonio 1995, no pet.) Both the Texas Constitution and [CCP] provide that a search warrant describe the place to be searched 'as near as may be'. A valid search warrant must contain a description of the place to be searched. [¶][T]he description contained in the affidavit limits and controls the description contained in the warrant." This Honorable Court recently decided in State v Verde 432 S.W. 3d 475, 483-84 (Tex.App. Texarkana 2014 pet. ref'd) "A warrant may not properly

(8)

issue when the affidavit on which it is based has either affirmative false statements or misleading omissions affecting the magistrates determination of cause." We need only to look at the evidence not contained in the record to know there was false statements all through the affidavit. There was no affidavit from Jane Doe. Could even be a fictitious person. Groh v. Ramirez 540 U.S. 551 (2004)"Thus, "absent exigent circumstances," a warrantless entry to search for weapons or contraband is unconstitutional even when a felony has been committed and there is probable cause to believe that incriminating evidence will be found within." at 587-588, 100 S.Ct 1371. Further, The Supreme Court, Justice Stevens, held that:

(1) search warrant that utterly failed to describe the persons or things to be seized was invalid on it's face, notwithstanding that ~~the~~ requisite particularized description was provided in search warrant application;

(2) residential search that was conducted pursuant to this facially invalid warrant could not be regarded as "reasonable" though

(9)

items to be seized were described in search warrant application, and though officers conducting search exercised restraint in limiting scope of search to that indicated in application; and

(3) Bureau of Alcohol, Tobacco, and Firearms (BATF) agent who had prepared and executed warrant was not entitled to qualified immunity from liability.

Violation of the 4th Amendments right to a search warrant that particularly describes persons, places, and things is alone enough to acquit the current offense.

## Unsworn Declaration

I swear under penalty of perjury that the statements contained in this motion are to the best of my knowledge based on the information I have received and know, are true and correct.

Executed on this day
March 7th 2015

Sincerely Submitted

Mark Eugene Euglo
Pro Se

(10)

## Unsworn Declaration

I swear under penalty of perjury that the documents contained in these Exhibits are exact to the best of my knowledge, minus my personal use, based on the information I have received and know. They are true and correct and I ask that they be compared to documents from the court of the same nature.

Executed on this day
March 7th 2015

Sincerely Submitted

Mark Eugene Engle

Pro Se.

(11)

## Prayer

Appellant prays that the appeals court will reconsider his Motion to Abate and find reason for cause for a full acquittal or remand the defendant back to the trial court for an out of time motion for New Trial so that defendant can present an affirmative defense of collateral estoppel at a full Frank's Hearing.

Sincerely Submitted

Mark Eugene Engle
Pro Se.

## Certificate of service

On this Day of 3-10-15 I sent this Motion For reconsideration to the 6th Court of Appeals Clerk Debra Autrey By mail from the Connally Unit 899 Fm 632 Kennedy TX. 78119

(12)

# Exhibit
## A
# Arrest Warrant

## THE STATE OF TEXAS
Warrant # F113939

TO ANY SHERIFF, CONSTABLE OR PEACE OFFICER OF THE STATE OF TEXAS, GREETINGS:

You Are Hereby Commanded to Arrest **MARK EUGENE ENGLE** if to be found in your County and bring Him before me, a Justice of the Peace in and for Precinct Number _1_, Place Number _1_, of Hunt County, Texas, at my office in Greenville in said County, immediately, then and there to answer **THE STATE OF TEXAS**, wherein said Defendant is charged with the offense of **SEXUAL ASSAULT**, being a Felony in the State of Texas, of which he stands accused by the written complaint, under oath, of Felicia White, filed before me.

Herein Fail Not, but of this writ make due return, showing how you have executed the same.

Witness my official signature, this _7_ day of __Dec__ A.D., 2012.

_Sandy Lane Berry_

**JUSTICE OF THE PEACE**
Precinct No. _1_, Place No. _1_
Hunt County, Texas

### SHERIFF'S OR CONSTABLE'S RETURN

Came to hand the ___ day of ___ 20___ at ___ o'clock ___.m., and executed on the _7_ day of _Dec_, 20_12_, at ___ o'clock __.m., by arresting the - within named _MARK EUGENE ENGLE_ at 1200, 1-30 in _Hunt_ County, Texas, and *taking his bond, placing him in jail at _2801 STUART ST._.

I actually and necessarily traveled ___ miles in the service of this writ, in addition to any other mileage I may have traveled in the service of other process in this cause during the same trip.

FEES – Making Arrest $___  ___Randy Meeks___
    Mileage ___    _Sheriff_
    Taking Bond ___  _Hunt County, Texas_
    Commitment ___
    Release ___ By___Deputy___ Total ___

Please have your Magistrate Set bond. Recommended Bond is $ _75,000_

*strike according to facts

Date of Offense-December 7, 2012

GPD Case Report # **2012-26498**

Please Call Det. White #37 at 903-457-2017 and leave a voice mail when warrant is served.

# Exhibit
## B
Original Complaint

COMPLAINT

CHARGE: **Sexual Assault**
In the Name and by Authority of the State of Texas:

Before me, the undersigned authority, on this day personally appeared the undersigned affiant, who after being by me duly sworn, on oath deposes and says that she has good reason to believe and does believe and charge that MARK EUGENE ENGLE on or about the 7th day of December, A.D. 2012, and before the making and filing of this complaint, in the County of Hunt, State of Texas, did then and there intentionally and knowingly sexually assault Jane Doe 2012-26498 by causing his sexual organ to penetrate the female sexual organ of Jane Doe 2012-26498 without her consent.

PROBABLE CAUSE

On her oath, affiant further deposes and says that she bases her belief of the foregoing upon the following:

Affiant, Felicia White, is a Peace Officer for the City of Greenville Police Department currently assigned to the Criminal Investigation Division. Affiant, Felicia White, has been a certified peace officer for over 20 years and currently holds a Master Peace Officer Certificate.

Affiant has personal knowledge that an element of the criminal offense of Sexual Assault (V.T.C.A. Penal Code 22.011) is: (a) A person commits an offense if the person: (1) intentionally or knowingly: (C) causes the sexual organ of another person, without that person's consent, to contact or penetrate the mouth, anus, or sexual organ of another person, including the actor.

Affiant was assigned as the investigating officer of a reported Sexual Assault that occurred on December 7, 2012 at 5107 I-30 Room 123 Motel 6 located in Greenville, Hunt County, Texas. Affiant has reviewed Greenville Police Department Case Report 2012-26498 filed by Greenville Police Corporal Petrea #89 on December 7, 2012.

Said report states the following:
On December 7, 2012 Greenville Police Corporal Victor Petrea #89 was dispatched to the Greenville Police Department to contact a person in reference to a sex offense. Corporal Petrea #89 contacted Greenville Police Sergeant Steve Walden who was talking to a person later identified as James Clark. Corporal Petrea observed a person who was later identified as Jane Doe 2012-26498 sitting in a chair and was visibly upset. Jane Doe 2012-26498 stated that she and a friend had come to Greenville to visit some people. Jane Doe 2012-26498 stated that she and her friend went to a residence in north Greenville and left her friend's child there. Jane Doe 2012-26498 stated that she and her friend then traveled to a residence in south Greenville. Jane Doe 2012-26498 stated that while they

DUPLICATE

were at this residence a Hispanic male and a white male named Mark show up. Mark calls Jane Doe 2012-26498 outside and get her and the Hispanic male to go to the store to get cigarettes. Jane Doe 2012-26498 went to an unknown gas station and got gas and cigarettes. On the way back the Hispanic male gets stopped by a Trooper. The Trooper arrested the Hispanic male and impounds the car. Jane Doe 2012-26498 goes back to the residence in south Greenville and finds her friend. Jane Doe 2012-26498 and her friend meet up with Mark at the Pilot Truck Stop at I-30 and F.M. 1903. Jane Doe 2012-26498 gets in the car with Mark. Jane Doe 2012-26498 describes Mark's car as a white Saturn 2 door that has suicide type doors. Jane Doe 2012-26498 states that a red Mustang arrived at the truck stop and Mark exchanged drugs with the people in the red Mustang. Jane Doe 2012-26498 stated that Mark got back in the car and they began to travel toward Wolfe City meeting people to sell drugs to. Jane Doe 2012-26498 stated that Mark drove down a back road and stopped the car. Jane Doe 2012-26498 stated that Mark exited the car and opened her door and began to strangle Jane Doe 2012-26498 with his hands. Jane Doe 2012-26498 stated that Mark then used a rope to tie her legs and a belt to tie her arms. Jane Doe 2012-26498 stated that Mark then drove to Motel 6 where he rented a room. Jane Doe 2012-26498 stated that Mark untied her so both of them got out of the car and went inside Room 123. Jane Doe 2012-26498 stated that once inside the room that Mark began to sexually assault Jane Doe 2012-26498. Jane Doe 2012-26498 stated that she was sexually assaulted vaginally, anally and orally. Jane Doe 2012-26498 stated she told Mark to stop that she begged him to stop. Jane Doe 2012-26498 stated that she and Mark left the room and traveled in the car again making several more stops. Jane Doe 2012-26498 stated that Mark brought her back to Motel 6 to room 123 and began sexually assaulting her again. Jane Doe 2012-26498 stated that Mark then got her up and took her to the car and they drove around town (Greenville). Jane Doe 2012-26498 stated that a Police car got behind Mark at a stop sign and that is when she was able to exit the car and left the area. Jane Doe 2012-26498 was able to contact James Clark. Jane Doe 2012-26498 stated that she and James Clark were on their way to Princeton when Jane Doe 2012-26498 began to tell James Clark what happened. Jane Doe 2012-26498 stated that James Clark turned his vehicle around and brought her to the Greenville Police Department. James Clark then took Jane Doe 2012-26498 to Hunt Regional Medical Center where a sexual assault examination was done by a Sexual Assault Nurse Examiner.

Jane Doe 2012-26498 described "Mark" as being Mark from Watagua and that he drove a white Saturn. Sergeant Steve Walden and Narcotics Investigator Jason Smith traveled to Motel 6 to look for the white Saturn. Sergeant Walden located a white Saturn bearing Texas License Plate DJ7C316. Sergeant Walden requested a motor vehicle registration return from Greenville Police Dispatch. The white Saturn returned as: 2000 Saturn 2 door registered to Mark Engle 7628 Cedarhill Ft. Worth, Texas. Sgt. Walden had a view of Room 123 and saw a white male fitting the description that Jane Doe 2012-26498 had given Sergeant Walden get out of this white Saturn and go into room 123 at Motel 6. Sgt. Walden observed the vehicle leave the motel parking lot and the white Saturn was stopped for a traffic violation. The driver of the white Saturn was identified as Mark Eugene Engle, white male, date of birth 8-22-1968.

Exhibit C

Search Warrant

(18)

SW 800

# SEARCH WARRANT

**THE STATE OF TEXAS**

**COUNTY OF HUNT**

FILED

DEC 11 PM 3: 23

BY_____ DEPUTY

THE STATE OF TEXAS TO THE SHERIFF OR ANY PEACE OFFICER OF HUNT COUNTY, TEXAS OR ANY PEACE OFFICER OF THE STATE OF TEXAS,

GREETINGS:

WHEREAS, THE AFFIANT WHOSE NAME APPEARS ON THE ATTACHED AFFIDAVIT IS A PEACE OFFICER UNDER THE LAWS OF TEXAS AND DID HERETOFORE THIS DAY SUBSCRIBE AND SWEAR TO SAID AFFIDAVIT BEFORE ME (WHICH SAID AFFIDAVIT IS HERE NOW MADE PART HEREOF FOR ALL PURPOSES), AND WHEREAS I FIND THAT THE VERIFIED FACTS STATED BY AFFIANT IN SAID AFFIDAVIT SHOW THAT AFFIANT HAS PROBABLE CAUSE FOR THE BELIEF EXPRESSED THEREIN AND ESTABLISH EXISTENCE OF PROPER GROUNDS FOR ISSUANCE OF THIS WARRANT; NOW THEREFORE, YOU ARE COMMANDED TO ENTER THE SUSPECTED PLACE, PREMISIS, AND VEHICLE TO INCLUDE LOCKABLE CONTAINERS, AND SAFES WITHIN THE PLACE, PREMISIS, AND VEHICLE DESCRIBED IN SAID AFFIDAVIT AND TO THERE SEARCH FOR THE PERSONAL PROPERTY DESCRIBED IN SAID AFFIDAVIT AND TO SEIZE SAME AND BRING BEFORE ME.

FURTHER, YOU ARE ORDERED, PURSUANT TO THE PROVISIONS OF ARTICLE 18.10, TEXAS CODE OF CRIMINAL PROCEDURE, TO RETAIN CUSTODY OF ANY PROPERTY SEIZED PURSUANT TO THIS WARRANT, UNTIL FURTHER ORDER OF THIS COURT OR ANY OTHER COURT OF APPROPRIATE JURISDICTION SHALL OTHERWISE DIRECT THE MANNER OF SAFEKEEPING OF SAID PROPERTY. THIS COURT GRANTS YOU LEAVE AND AUTHORITY TO REMOVE SUCH SEIZED PROPERTY FROM THIS COUNTY, IF AND ONLY IF SUCH REMOVAL IS NECESSARY FOR THE SAFEKEEPING OF SUCH SEIZED PROPERTY BY YOU, OR IF SUCH REMOVAL IS OTHERWISE AUTHORIZED BY THE PROVISIONS OF ARTICLE 18.10, T.C.C.P., YOU ARE FURTHER ORDERED TO GIVE NOTICE TO THIS COURT, AS PART OF THE INVENTORY TO BE FILED SUBSEQUENT TO THE EXECUTION OF THIS WARRANT, AND AS REQUIRED BY ARTICLE 18.10, T.C.C.P., OF THE PLACE WHERE THE PROPERTY SEIZED HEREUNDER IS KEPT, STORED AND HELD.

HEREIN FAIL NOT, BUT HAVE YOU THEN AND THERE THIS WARRANT WITHIN THREE DAYS, EXCLUSIVE OF THE DAY OF ITS ISSUANCE AND EXCLUSIVE OF THE DAY OF ITS EXECUTION, WITH YOUR RETURN THEREON, SHOWING HOW YOU HAVE EXECUTED THE SAME, FILED IN THIS COURT.

ISSUED THIS THE 7 DAY OF December, A.D., 2012 AT 6:28 O'CLOCK P.M. TO CERTIFY WHICH WITNESS MY HAND THIS DAY.

_____
196 District Court Judge
Hunt County, Texas

DUPLICATE

# Exhibit D

## Affidavit for Search Warrant

THE STATE OF **TEXAS** § SW 800.

COUNTY OF HUNT §

## AFFIDAVIT FOR SEARCH WARRANT

BEFORE ME, THE UNDERSIGNED AUTHORITY, PERSONALLY APPEARED THE AFFIANT HEREIN, A PEACE OFFICER UNDER THE LAWS OF TEXAS, WHO, BEING DULY SWORN, ON OATH MADE THE FOLLOWING STATEMENTS:

1. THERE IS IN THE CITY OF GREENVILLE, HUNT COUNTY, **TEXAS**, A SUSPECTED PLACE, PREMISES, AND VEHICLES DESCRIBED AND LOCATED AS FOLLOWS:

   A two story tan stucco and wood motel complex with multiple rooms having a gray composite shingle roof with dark green and light green colored trim located on the east side of the 5100 block of Interstate Highway 30 in the City of Greenville, Hunt County, Texas, More specifically room number 123. Motel room number 123 is located on the lower level of the building which is on the west side of the complex of the property. The front door to the room faces west. The room number 123 is currently rented in name of Mark Engle. The room is specifically marked with visible numbers identifying it as 123 with dark colored numbers being affixed to the front door which is light green in color and faces west.

   Including a white colored 2000 Saturn two (2) door vehicle displaying Texas license plate DJ7C316, Vehicle Identification Number 1G8ZY1275YZ107854, registered to Mark Engle.

   The suspected place includes the entire room found to be under the control of the persons described below in which evidence sought under this warrant could reasonably be hidden.

2. THE SUSPECTED PLACE AND VEHICLE IS IN CONTROL OF EACH OF THE FOLLOWING PERSON OR PERSONS:

   **Mark ENGLE,** white male, date of birth 08/22/1968

3. IT IS THE BELIEF OF AFFIANT THAT SPECIFIC CRIMINAL OFFENSES HAVE BEEN COMMITTED, TO WIT:

   Aggravated Sexual Assault that occurred on or about December 7, 2012 in room number 123 of the Motel 6, located at 5100 Interstate 30 in Greenville, Hunt County, Texas.

4. IT IS THE BELIEF OF AFFIANT THAT AT THE ABOVE DESCRIBED PLACE, PREMISES, AND VEHICLE IS THE FOLLOWING PROPERTY, ITEMS, AND/OR PERSONS:

   Mark ENGLE, white male, date of birth 08/22/1968

   Items utilized in the offense of Aggravated Sexual Assault offense consisting of body fluids, clothing items, towels, wash cloths, syringes, methamphetamine, video cameras, cellular telephones, "SIM" cards for cellular telephones, computers, items utilized for bindings.



5. AFFIANT HAS PROBABLE CAUSE FOR SAID BELIEF BY REASON OF THE FOLLOWING FACTS AND CIRCUMSTANCES:

Affiant, Felicia White, is a TCLEOSE certified Texas Peace Officer with more than 1500 training and education hours and holds a Master Peace Officer Certificate. Affiant has been employed by the City of Greenville Police Department for more than 29 years and is currently assigned to the Criminal Investigation Division as an Investigator. Affiant has been assigned to the Criminal Investigation Division since December 1991. Affiant has experience and has received additional training in Criminal Investigation to include homicide investigation, sexual assault investigation, assault investigation, crime scene investigation, and photography.

On December 7, 2012 Affiant reviewed Greenville Police Department Case Report 2012-26498 written by Greenville Police Department Corporal Victor Petrea #89. Said report states that on Friday, December 07, 2012 at 1248 Corporal Petrea #89 was dispatched to contact a person at the Greenville Police Department in reference to a sex offense. Said report states that Corporal Petrea #89 arrived and contacted Greenville Police Sergeant Walden who was talking to a person later identified as James Clark. Said report states that Corporal Petrea #89 then saw a person who was later identified as Jane Doe 2012-26498 (pseudonym name) sitting in a chair. Said report states that Corporal Petrea #89 noticed that Jane Doe was visibly upset. Said report states that from Corporal Petrea #89 speaking to Jane Doe, listening to James Clark and Sergeant Walden talk Corporal Petrea #89 found that on 12-06-2012 at about 2200 Jane Doe and a person named Brooke Addington came to Greenville to visit some people. Said report states that Brooke Addington brought a baby with her. Said report states that once in Greenville they went to an apartment complex in the North part of Greenville to visit a person named Darren Rodgers who is a white male. Said report states that Brooke Addington decided that Brooke Addington wanted to visit another person so Brooke Addington left the baby with Darren Rodgers. Said report states that Jane Doe and Brooke Addington went to the South part of Greenville to visit an unknown male subject. Said report states that once there, an unknown Hispanic male and a person known as Mark showed up at this house. Said report states that Mark called Jane Doe out of the house. Said report states that Mark had the Hispanic male and Jane Doe go to an unknown service station to get some cigarettes. Said report states that while at the service station they noticed that there was a State Highway Trooper in the parking lot. Said report states that as they were leaving, the Hispanic male drove erratic getting the attention of the Trooper. Said report states that the Trooper stopped them. Said report states that the Trooper ended up arresting the Hispanic male on drug charges and towing the car they were in. Said report states that the Trooper took Jane Doe to a motel office that was next to the service station. Said report states that a female employee at the motel took Jane Doe back to the house where Brooke Addington was at (the house where Jane Doe was called out by Mark). Said report states that once at this house, Jane Doe met up with Brooke Addington. Said report states Jane Doe and Brooke Addington went back to Darren Rodgers' apartment to get the baby. Said report states that Brooke Addington called Mark because she wanted to meet up with him. Said report states that Jane Doe and Brook Addington went to the Pilot Truck Stop at I-30 and F.M. 1903. Said report states that once there Jane Doe and Brooke Addington met up with Mark. Said report states Mark gave Brooke Addington some gas money. Said report states that Brooke Addington left the truck stop leaving Jane Doe with Mark. Said report states that Jane Doe got into Mark's vehicle, which Jane Doe described as a white Saturn 2 door that has suicide type doors. Said report



states that once inside the car a red Mustang arrived at the truck stop. Said report states that Mark exchanged drugs with the people in the red Mustang. Said report states that Mark got back in the car. Said report states that Mark and Jane Doe went toward Wolfe City meeting people to sell drugs to. Said report states that Mark drove down a back road and came to a stop. Said report states Mark exited the car, opened Jane Doe's door, and began to strangle Jane Doe with his hands. Said report states that Mark then used a rope to tie Jane Doe's legs together. Said report states that Mark used a belt to tie Jane Doe's hands together by placing the belt at her forearm areas. Said report states that Mark then drove to Motel 6 located at 5107 I-30. Said report states that once there Mark went to the Motel office and rented a room. Said report states that Mark went back to the car and drove around and parked in the motel parking lot. Said report states that Mark got out of the car and got Jane Doe out of the car. Said report states that Mark took Jane Doe to a motel room. Said report states that Jane Doe believed the room was number 123. Said report states that once inside the room Mark began sexually assaulting Jane Doe. Said report states that Jane Doe could not go into detail about the assault. Said report states that Jane Doe was sexually assaulted for several hours. Said report states that at about 0400 on 12-07-2012 Mark and Jane Doe got back in Mark's car. Said report states that Mark and Jane Doe left Greenville because Mark wanted to sell drugs. Said report states that Mark made several stops but Jane Doe could not tell Corporal Petrea #89 where they stopped. Said report states that Mark took Jane Doe back to the Motel room and began sexually assaulting Jane Doe again. Said report states that Jane Doe said that this time was worse that the other time. Said report states that Jane Doe said that Mark was using a hand held video camera and was recording the assault. Said report states that Jane Doe said that Jane Doe noticed a computer in the room that had a lens mounted on it. Said report states that this led Jane Doe to believe that Mark was streaming the assault on the Internet. Said report states that Mark also began using Jane Doe's cell phone to call people. Said report states that after this assault Mark placed Jane Doe back in the car. Said report states that Mark drove around town. Said report states that as Mark was driving around town a Police car got in behind Mark's car. Said report states that Mark came to a stop sign and Jane Doe took this moment to jump out of/or exit the car. Said report states that Jane Doe left the area. Said report states that Jane Doe then called a person Jane Doe and Jane Doe's mother used to live with who is named James Clark. Said report states that James Clark was in McKinney Texas when James Clark got a call from Jane Doe. Said report states that Jane Doe requested that James Clark meet Jane Doe in Farmersville. Said report states that as James Clark got to Farmersville James Clark got another call from Jane Doe requesting James Clark to meet Jane Doe at the Valero station. Said report states that as James Clark got close to that area, Jane Doe called and requested James Clark to meet Jane Doe at the square in Greenville Texas. Said report states that James Clark came to Greenville Texas and found Jane Doe walking on an unknown street in down town Greenville. Said report states that Jane Doe got in James Clark's vehicle. Said report states that James Clark was on James Clark's way to Princeton Texas when Jane Doe began telling James Clark about what occurred to Jane Doe. Said report states that James Clark turned around and brought Jane Doe to the Greenville Police Department. Said report states that when Corporal Petrea #89 was called to take the said report. Said report states that Jane Doe also said that during her time at the Motel Mark kept shooting drugs into her body. Said report states that James Clark took Jane Doe to the Greenville Hospital for treatment. Said report states that once at the hospital, Jane Doe told Corporal Petrea #89 that while Jane Doe and Brooke Addington were in Greenville they went in half to buy a Green 125 mini Yamaha. Said report states that Jane Doe stated that while Jane Doe was being detained by the Trooper

(3)

at that service station, Mark removed the 125 mini Yamaha from Brooke Addington's car. Said report states that this was all the information Corporal Petrea #89 could get from Jane Doe due to Jane Doe having pain and due to possible mental stress. Said report states that Holly with the Greenville Crises Center met Jane Doe at the hospital. Said report states that a Sexual Assault Nurse Examiner arrived on scene to assist Holly and Jane Doe.

On December 7, 2012 Affiant spoke with Corporal Petrea #89 and Corporal Petrea #89 told Affiant that Jane Doe told Corporal Petrea #89 that Mark is a forty (40) year old white male with a long tattoo of a naked woman on Mark's back and skulls tattooed on Mark's forearms.

On December 7, 2012 Affiant spoke with Holly Robinson, Executive Director of the Crisis Center of Northeast Texas, who had spoken with Jane Doe at Hunt Regional Medical Center in Greenville while acting as a Sexual Assault Advocate. Holly Robinson provided information pertaining to Holly Robinson speaking with Jane Doe about the sexual assault. According to Holly Robinson Jane Doe told Holly Robinson that Mark penetrated the mouth, vagina, and anus with Mark's penis, and that Mark had ejaculated on the stomach, vaginal area, and the back of Jane Doe while in room number 123 at the Motel 6 in Greenville. Jane Doe told Holly Robinson that Jane Doe was restrained during the entire assault. Jane Doe told Holly Robinson that Mark had injected what Jane Doe believed to be Methamphetamine into the vagina of Jane Doe. Jane Doe told Holly Robinson that Mark had injected Methamphetamine into Mark's neck and could not complete the injection so Mark made Jane Doe finish injecting the Methamphetamine into Mark's neck. Jane Doe told Holly Robinson that Mark had shaved all of the hair off of Jane Doe's head with a set of face clippers. Jane Doe told Holly Robinson that Jane Doe remembered Mark scrubbing Jane Doe to clean Jane Doe. Holly Robinson told Affiant that

On December 7, 2012 Affiant spoke with Greenville Police Department Criminal Investigation Division Sergeant Steve Walden #92 on the telephone. Sgt Walden #92 told Affiant that on December 7, 2012 at or about 3:44 a.m. Mark Engle had rented room number 123 at the Motel 6 located at 5107 Interstate 30 in Greenville, Hunt County, Texas. Sgt. Walden #92 also told Affiant that there was a white 2000 Saturn 2 door car displaying Texas license plate DJ7C316 parked on the north side of Motel 6, located at 5107 Interstate 30 in Greenville, Hunt County, Texas. Sgt. Walden #92 told Affiant that at approximately 3:00 p.m. Sgt. Walden #92 observed a white male and white female exit the said vehicle and enter into room number 123. Affiant has reviewed a registration return on license plate DJ7C316 that was ran by Greenville Police Department Dispatch. Said registration return shows Texas license plate DJ7C316 to return to a 2000 white Saturn 2 door to Mark ENGLE with an address of 7628 Cedarhill in Fort Worth, Texas. Sgt. Walden #92 told Affiant that Sgt. Walden #92 had Greenville Police Department Dispatch run a check on the name Mark ENGLE and Dispatch located information for Mark ENGLE. Affiant has reviewed a driver's license and criminal history return that was ran on Mark ENGLE, a white male date of birth 08/22/1968. Said history shows that Mark ENGLE has Texas Driver's License 11662971 and that Mark ENGLE lives at 7628 Cedarhill in Watagua, Texas. Said criminal history shows that Mark ENGLE has been arrested for assault, dangerous drugs, manufacture/deliver controlled substance, possession of marihuana, possession of amphetamine, possession of controlled substance



analogue, evading arrest or detention, carrying prohibited weapon, and driving while license suspended.

Affiant believes that due to the nature of the person(s) at the motel room, and the possibility that weapons may be stored at the motel room, Affiant asks, that should said search and arrest warrant be issued, that Affiant and other Peace Officers serving said warrant be allowed to utilize a *"no knock"* entry, based upon the possibility of weapon(s) being kept in the motel room to help ensure the safety of said Officers serving said warrant.

The Affiant believes that the disclosure of the existence of this Affidavit, the requested Warrant or facts relating to its service could impede the investigation being conducted and endanger the officers serving such Warrant, Affiant therefore requests that this Affidavit and any such Warrant issued there from be sealed until execution of any such Warrant, but in not longer than five (5) days from the date such warrant is issued.

Affiant has personal knowledge that under the Texas Code of Criminal Procedure Chapter 18 SEARCH WARRANT Article 18.02 states "A search warrant may be issued to search for and seize (10) property or items, except the personal writings by the accused, constituting evidence of an offense or constituting evidence tending to show that a particular person committed an offense.

Wherefore, affiant asks for issuance of a warrant that will authorize her and other officers to search said suspected place, premises, and vehicles for the property described above and seize same.

_____
Affiant

SWORN TO AND SUBSCRIBED BEFORE ME BY SAID AFFIANT ON THIS THE 7th DAY OF December , 2011. 2012

_____
District Court Judge
Hunt County, Texas

DUPLICATE



# Exhibit E

## Subsequent Complaint

COURT OF ORIGIN

Check appropriate box:
Warrant ☐
Warrantless ☒

# ARREST COMPLAINT / PROBABLE CAUSE

*THE STATE OF TEXAS*

*COUNTY OF HUNT*

MISDEMEANOR: ☐ ☐ ☐
　　　　　　　　　 C　 B　 A

STATE JAIL FELONY ☐
FELONY: ☐ ☒ ☐
　　　　　　 3　 2　 1

CAPITAL FELONY ☐

*The undersigned affiant, a peace officer under the laws of the State of Texas, and being duly sworn, on oath makes the following complaint and statement of fact. This officer had personal knowledge of the following facts and hereby charges that:*

DEFENDANT: Mark Eugene Engle                     ALIAS: _____
DOB: 08-22-68          DL#: 11662971                          SS#: 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
RACE: White    SEX: Male      HEIGHT: 505    WEIGHT: 170   HAIR: Brown    EYES: Hzl
ADDRESS: 7628 Cedarhill Rd.,              CITY  Watauga                          STATE: TX
On the 7th day of                   December, 2012                  at 1800          p.m. in
　　　　　　　　　　　　　　　　　　　, 2007

*Hunt County Texas, did then and there unlawfully commit the offense of* Manufacture and Delivery of Controlled Substance Penalty Group 1 >4<200 grams

*Based on the following facts and circumstances:* On 12-06-2012, a search warrant was executed at 5109 I-30 room #123 in Greenville Texas. The search warrant included a white saturn bearing Tx. L.P. DJ7 C316 which is registered to MARK ENGLE. ENGLE left the motel room prior to the search warrant being executed but was arrested on traffic charges in the white Saturn bearing Tx. L.P. DJ7 C316. The white Saturn bearing Tx. L.P. DJ7 C316 was taken to the Greenville Police Station for processing. During the processing of said vehicle approximately 5 grams of "ICE" methamphetamine along with packing materials, scales and a syringe with 35 dose units of what is believed to be methamphetamine was located in a locked container. When ENGLE was first asked for the combination to the container he denied any knowledge of the container being in his vehicle. Later, during his interview and after he was read his Miranda warning, he acknowledged that the container had approximately 3 grams of "ICE" methamphetamine and a syringe with methamphetamine in it as well. ENGLE also stated that he sold drugs and generally profited $500 to $600 per week.

Lies

*WHEREFORE, Affiant prays that probable cause be determined to exist and an arrest warrant be issued OR THAT DEFENDANT BE COMMITTED TO JAIL.*

_____
AFFIANT

_Greenville P.A._
AGENCY

*Sworn to and subscribed to before me by the said affiant on this* 8 *day of* Dec *, 2012.*

_OFFICER OR AGENT, STATE OF TEXAS_

## ORDER

On this _____8_____ day of __December__ , 20 _12_, the above matter and the defendant were presented and appeared before me and after examining the same, it is found that:

☐ NO probable cause exists. Defendant is ORDERED RELEASED instantly.

☑ Probable cause exists. It is ORDERED that,

☑ COMMITMENT SHALL ISSUE AND THE DEFENDANT BE MAGISTRATED

☐ A WARRANT SHALL ISSUE FOR THE ARREST OF THE DEFENDANT

Witness my signature this _____8_____ day of __December__ , 20 _12_

BOND IS SET AT $ __30,000__

_MAGISTRATE,_
JP 4

_OFFICE._

☐ JAIL COPY / ☐ MAGISTRATE COPY / ☐ OFFICER COPY

_Probable Cause: Not signed by Magistrate until the 8th._

_Warrantless Arrest According to this paper - notice upper right corner of previous page._

# Exhibit F
# Motions for Examining Trial

## WRIT NO. 07259 (Sexual Assault)

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 354th JUDICIAL DISTRICT |
| | § | |
| MARK ENGLE | § | HUNT COUNTY, TEXAS |

*FILED AT JAN 17 2013 CLERK, DISTRICT COURT, HUNT CO. TX*

## MOTION FOR EXAMINING TRIAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes MARK ENGLE, Defendant, by and through undersigned counsel, and respectfully requests that this Court hear an examining trial pursuant to Chapter 16 of the Texas Code of Criminal Procedure, and in support thereof shows the following:

1.    MARK ENGLE is presently incarcerated in the HUNT County Jail charged by complaint with the felony offense of SEXUAL ASSAULT is unable to make bond at the present time and has not yet been indicted in this case.

2.    MARK ENGLE requests an examining trial "to examine into the truth of the accusation made", as required by Article 16.01 of the Texas Code of Criminal Procedure.

**WHEREFORE, PREMISES CONSIDERED**, MARK ENGLE prays that the Court grant this Motion For Examining Trial.

Respectfully submitted,
Carol Day Gustin
2611 Lee Street
P.O. Box 1053
Greenville, Texas  75403

By:
     Carol Day Gustin
     State Bar No. 24004313
     Attorney for MARK ENGLE

DUPLICATE

## CERTIFICATE OF SERVICE

This is to certify that on January 17, 2013, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hunt County, Texas, by hand delivery.

_____
Carol Day Gustin

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| --- | --- | --- |
| | § | |
| vs. | § | 354th JUDICIAL DISTRICT |
| | § | |
| MARK ENGLE | § | HUNT COUNTY, TEXAS |

## O R D E R

On _____, 2013, came on to be considered MARK ENGLE's Motion for Examining Trial, and said motion is hereby

(Granted) (Denied)

_____
JUDGE PRESIDING

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| vs. | § | 354th JUDICIAL DISTRICT |
| | § | |
| MARK ENGLE | § | HUNT COUNTY, TEXAS |

## MOTION FOR EXAMINING TRIAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes MARK ENGLE, Defendant, by and through undersigned counsel, and respectfully requests that this Court hear an examining trial pursuant to Chapter 16 of the Texas Code of Criminal Procedure, and in support thereof shows the following:

1.　　MARK ENGLE is presently incarcerated in the HUNT County Jail charged by complaint with the felony offense of MANUFACTURE DELIVERY OF A CONTROLLED SUBSTANCE 200gm or more but less than 400gm. MARK ENGLE is unable to make bond at the present time and has not yet been indicted in this case.

2.　　MARK ENGLE requests an examining trial "to examine into the truth of the accusation made", as required by Article 16.01 of the Texas Code of Criminal Procedure.

**WHEREFORE, PREMISES CONSIDERED,** MARK ENGLE prays that the Court grant this Motion For Examining Trial.

Respectfully submitted,
Carol Day Gustin
2611 Lee Street
P.O. Box 1053
Greenville, Texas 75403

By:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　Carol Day Gustin
　　State Bar No. 24004313
　　Attorney for MARK ENGLE

DUPLICATE

## CERTIFICATE OF SERVICE

This is to certify that on January 17, 2013, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hunt County, Texas, by hand delivery.

_____
Carol Day Gustin

### NO. 07259 (MAN DEL C/S < 400gm)

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 354th JUDICIAL DISTRICT |
| | § | |
| MARK ENGLE | § | HUNT COUNTY, TEXAS |

## <u>O R D E R</u>

On _____, 2013, came on to be considered MARK ENGLE's Motion for

Examining Trial, and said motion is hereby

(Granted) (Denied)

_____
JUDGE PRESIDING

Exhibit G
Order from
Examining Trial

One of Two

(36)

## NO. 07259(MAN DEL C/S < 400gm)

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| | § | 354th JUDICIAL DISTRICT |
| vs. | § | |
| | § | |
| MARK ENGLE | § | HUNT COUNTY, TEXAS |

## ORDER ON EXAMINING TRIAL

On _____, the Magistrate heard matters alleged against MARK ENGLE and finds:

1.    MARK ENGLE is charged with the offense of **MAN DEL C/S < 400gm**.

2.    Probable cause does ~~not~~ exist to proceed further with matters against MARK ENGLE ~~and it is therefore ordered that MARK ENGLE is discharged from custody of the county~~.

Signed on _____ 4/8/13 _____.

ORIGINAL SIGNED BY
RICHARD A. BEACOM JR., JUDGE
_____
MAGISTRATE

# Exhibit H

## Affidavits to Support Improper Police Procedure

(38)

STATE OF TEXAS                              §

COUNTY OF HUNT                              §

## AFFIDAVIT OF FACT

BEFORE ME, Linda Guyton, a Notary Public in and for said County, State of Texas, on this day personally appeared Katlin Wells. Who, after being by me duly sworn, on oath deposes and says: My name is Katlin Wells. I am 24 years old. I live at 2763 CR 1051, Celeste, Texas 75423. My phone number is 1-469-474-3903

At this time I wish to make known the following facts:

On December 7, 2012, Mark Engle came to my mothers house Sherri Tatum at around 3:00 p.m. We drove straight to motel 6. We sat for a while talking. He gave me 30.00 to get us something to eat and a pack of cigarettes. He got up to take a shower. I got back from McDonalds and he was getting finished with his shower. When he came out of the bathroom he was fully dressed. After we got done eating, It was around 4:00 P.m. Mark needed to met a friend across town and go to Dallas. About an hour later the police showed up. I answered the door and They sat me in a chair as they starting going through his items. They where searching for drugs. I told them there wasn't any drugs here. They did not find any drugs. They starting asking me questions, such as if Mark and I was having sex? I told them no. They wanted to know if they got the sheets tested what they would find? Mark was a perfect gentlemen and was never inappropriate with me at any time. The police arrested me on an outstanding warrant.

AFFIANT: Kaitlin Wells

SUBSCRIBED AND SWORN before me this the 30 day of J. O , 2013.

Linda Guyton
NOTARY PUBLIC, STATE OF TEXAS

LINDA GUYTON
My Commission Expires
January 31, 2015

# AFFIDAVIT OF FACT

## Introductory Certification

Joe Michael Dennis, the Undersigned Affiant, hereinafter "Affiant," does hereby solemnly swear, declare, and state as follows:

1. Affiant is competent to state the matters set forth herewith.
2. Affiant has personal knowledge of the facts stated herein.
3. All the facts stated herein are true, correct, and complete in accordance with Affiant's best firsthand knowledge and understanding, and if called upon to testify as a witness Affiant shall so state.

## Plain Statement of Facts

4. On December 9, 2012 I drove Mary E Jordan to the Motel 6 in Greenville, TX , to pick up personal property left in the room, rented to Mark E Engle, prior his arrest. Mary and I met with the owner/manager who told us the room had been cleaned and the items bagged. She asked him for a copy of the search warrant and a police list of the items taken. He stated he had neither as the Greenville police had only shown him their badges and demanded entrance to the room. He again stated they left nothing when they came or when they left. He told Mary she would have to give him $10 to pay for the shower curtain the police ripped out of the bathroom, which she did. I then drove around to the side of motel where he had instructed us to go, to the maids work room. The maid told us she was there when the room was cleaned. Mary asked if she found any paperwork from the Greenville police and she said there was nothing from them. In our examination of the three garbage bags, as we put them in the vehicle, we found only clothes and other personal hygiene products, no paperwork from the police.

## Verification

The Undersigned Affiant, Joe Michael Dennis, does herewith swear, declare, and affirm that Affiant issues this Affidavit of Fact with sincere intent, that Affiant is competent to state the matters set forth herein, that the contents are true, correct, complete, and certain, admissible as evidence, and reasonable and just in accordance with Affiant's best firsthand knowledge and understanding.

This Affidavit of Fact is dated the Twenty third day of the Twelfth Month in the Year of our Lord Two Thousand Thirteen.

Joe Michael Dennis          Date

*Joe Michael Dennis*   12-23-13

Notary:          Date

*Evans*   12/23/13

V EVANS
MY COMMISSION EXPIRES
November 20, 2017

State of Texas
County of Terrant

This instrument was acknowledged before me
on 23 day of 12 , 2013 by _____

*Evans*

Notary Public's Signature

Wednesday, March 20, 2013

I Lisa King and Kathy O'Connor do solemnly swear that there was no search warrant in the white Saturn belonging to Mark Engle, when Kathy O'Connor and I picked it up from the Police impound.

X ~~Lisa King~~
Lisa King

X ~~Kathy O'Connor~~
Kathy O'Connor

X ~~Roberto Martinez~~
Roberto Martinez
Notary Public  *Commission Expires*  4/8/2014

# AFFIDAVIT OF FACT

## Introductory Certification

Mary E Jordan, the Undersigned Affiant, hereinafter "Affiant," does hereby solemnly swear, declare, and state as follows:

1. Affiant is competent to state the matters set forth herewith.
2. Affiant has personal knowledge of the facts stated herein.
3. All the facts stated herein are true, correct, and complete in accordance with Affiant's best firsthand knowledge and understanding, and if called upon to testify as a witness Affiant shall so state.

## Plain Statement of Facts

4. On December 9, 2012 I was driven to the Motel 6 in Greenville, TX , by Joe Michael Dennis to pick up personal property left in the room, rented to Mark E Engle, prior his arrest. Mr Dennis and I met with the owner/manager who told us the room had been cleaned and the items bagged. I asked him for a copy of the search warrant and a police list of the items taken. He stated he had neither as the Greenville police had only shown him their badges and demanded entrance to the room. He again stated they left nothing when they came or when they left. He told me I would have to give him $10 to pay for the shower curtain the police ripped out of the bathroom, which I did. Mr Dennis then drove around to the side of motel where he had instructed us to go, to the maids work room. The maid told us she was there when the room was cleaned. I asked if she found any paperwork from the Greenville police and she said there was nothing from them. Mr Dennis was present when the maid told me this. In our examination of the three garbage bags, as we put them in the vehicle, we found only clothes and other personal hygiene products, no paperwork from the police.

## Verification

The Undersigned Affiant, Mary E Jordan, does herewith swear, declare, and affirm that Affiant issues this Affidavit of Fact with sincere intent, that Affiant is competent to state the matters set forth herein, that the contents are true, correct, complete, and certain, admissible as evidence, and reasonable and just in accordance with Affiant's best firsthand knowledge and understanding.

This Affidavit of Fact is dated the Twenty third day of the Twelfth Month in the Year of our Lord Two Thousand Thirteen.

_Mary E Jordan_ Date

12/23/13

Notary: Date

12/23/13

State of Texas
County of Tarrant

V EVANS
MY COMMISSION EXPIRES
November 20, 2017

This instrument was acknowledged before me on 23 day of 12 , 2013 by ____

Notary Public's Signature
expires 11/20/2017